UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:12-MJ-1074-1RJ

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Nicholas A. Norman | ) | |

On December 12, 2012, Nicholas A. Norman appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on March 12, 2013, the court finds as a fact that Nicholas A. Norman, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 4 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 13th day of March, 2013.

Robert B. Jones, Jr.
U.S. Magistrate Judge